# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE

| | |
|---|---|
| **WILLIAM MALONE, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. Action No. 3:17-cv-781-DJH |
| v. ) | |
| ) | |
| **THE LINCOLN NATIONAL LIFE** ) | Electronically Filed |
| **INSURANCE COMPANY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL

Defendant, The Lincoln National Life Insurance Company ("Lincoln National"), pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446, respectfully submits this Notice of Removal for the purpose of removing the above-captioned action from the Circuit Court for Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky. As grounds for this Notice of Removal, Lincoln National states as follows:

1. On or about December 1, 2017, Plaintiff William Malone, Jr. filed a Complaint and Summons in the above-captioned action in the Circuit Court for Jefferson County, Kentucky, Case No. 17-CI-06386.

2. Lincoln National was served with a copy of the Complaint and Summons through service on Lincoln National's statutory agent for service of process in the Commonwealth of Kentucky, the Commonwealth of Kentucky Office of the Secretary of State, on December 8, 2017. The Secretary of State served a copy of the Complaint and Summons on Lincoln National on December 18, 2017, a date less than 30 days before the filing of this Notice of Removal.

3. This action is of a civil nature wherein the Plaintiff seeks the recovery of certain long term disability benefits that he alleges are due under the terms of an employee welfare

benefit plan (the "Plan") sponsored by Plaintiff's former employer, Keystops, LLC. *See*, Complaint, ¶¶ 3-4.

4. Long term disability benefits under the Plan are funded by group long term disability insurance policy no. 000400003002-00738 (the "LTD Policy") issued by Lincoln National and governed by the Employee Retirement Income Security Act of 1974, as amended. *See* Complaint, ¶¶ 3 and 4 and Declaration of Thomas Vargo ("Vargo Decl.") ¶¶ 5-6, Exhibit 1. As such, Plaintiff's claims arise under ERISA.

5. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) because the Plaintiff seeks the recovery of certain long term disability benefits that he alleges are due under an employee welfare benefit plan governed by ERISA. As a civil action founded on a claim or right under the laws of the United States, this action is properly removable to this Court pursuant to 28 U.S.C. §§ 1141(a) and (b).

6. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) because the Plaintiff seeks the recovery of certain long-term disability benefits that he alleges are due under the Plan, an employee welfare benefit plan governed by ERISA. Such claims falls within the scope of 29 U.S.C. § 1132(a)(1)(B), Section 502(a)(1)(B) of ERISA. As a civil action founded on a claim or right under the laws of the United States, this action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441(a), (b) and (c). *See generally*, Complaint; Vargo Decl., ¶¶ 5-6 and Exhibit 1.

7. Copies of pleadings, all process, and orders received by the Defendant, Lincoln National, in this action prior to the filing of this Notice of Removal are attached hereto as Exhibit A and are incorporated herein by this reference.

WHEREFORE, Defendant, The Lincoln National Life Insurance Company, respectfully submits, based upon the allegations set forth in this Notice of Removal, that this action is properly removed and requests that this Court retain jurisdiction over this action.

Dated:  December 27, 2017.

            Respectfully submitted,

            /s/ Chad E. Wallace
            Chad E. Wallace, KY BPR No. 92832
            BAKER DONELSON BEARMAN
               CALDWELL & BERKOWITZ, PC
            100 Med Parkway, Suite 200
            P.O. Box 3038
            Johnson City, Tennessee 37602
            Phone: 423-928-0181
            cwallace@bakerdonelson.com

            *Attorneys for The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served electronically by operation of the Court's electronic filing system or via U.S. first class mail, postage pre-paid, to Robert A. Florio, 1500 Story Avenue, Louisville, Kentucky 40206, on this 27th day of December, 2017.

            /s/ Chad E. Wallace
            Chad E. Wallace