# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE

| | |
|---|---|
| **WILLIAM MALONE, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:17-cv-00781-DJH |
| ) | |
| **LINCOLN NATIONAL LIFE INSURANCE** ) | Electronically Filed |
| **COMPANY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the Plaintiff, William Malone, Jr., and the Defendant, The Lincoln National Life Insurance Company, have agreed to resolve Plaintiff's claims. The parties anticipate consummating the settlement and filing a Stipulation of Dismissal with Prejudice with the Court within the next 45 days.

Dated: January 29, 2018.

Respectfully submitted,

/s/ John M. Scannapieco
Chad E. Wallace
KY BPR No. 92832
Baker Donelson Bearman Caldwell & Berkowitz, PC
100 Med Parkway, Suite 200
Johnson City, Tennessee 37604
Phone: 423-928-0181
Fax: 423-979-7639
Email: cwallace@bakerdonelson.com

John M. Scannapieco, appearing *pro hac vice*
Tenn. Reg. No. 14473
BAKER DONELSON BEARMAN
    CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5648
jscannapieco@bakerdonelson.com

*Attorneys for the Defendant, The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid, to Robert A. Florio, Esq., 1500 Story Avenue, Louisville, Kentucky 40206 on this 29th day of January, 2018.

/s/ John M. Scannapieco
John M. Scannapieco