UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILLIAM MALONE, JR.,                                                                 Plaintiff,

v.                                                               Civil Action No. 3:17-cv-781-DJH-DW

LINCOLN NATIONAL LIFE INSURANCE
Co.,                                                                             Defendant.

\* \* \* \* \*

## ORDER

      The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 14)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

      **ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

March 5, 2018

**David J. Hale, Judge**
**United States District Court**